AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

JONATHAN JAEGER
V.
UNITED STATES GOVERNMENT

SUMMONS IN A CIVIL CASE

CASE ℟

Case: 1:07-cv-01409
Assigned To : Bates, John D.
Assign. Date : 8/2/2007
Description: Pro Se General Civil

TO: (Name and address of Defendant)

**U.S. ATTORNEY
501 3RD. ST. N.W.
WASHINGTON, D.C. 20001**

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF' PRO SE (name and address)

JONATHAN JAEGER
7 BLUE COAT LANE
WESTPORT, CT
06880

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON
CLERK

AUG -2 2007
DATE

(By) DEPUTY CLERK

## AFFIDAVIT OF SERVICE

The United States Government was served by placing the attached summons and a copy of the complaint in an envelope and sending by certified mail return receipt requested (copy attached) pursuant to Rule 4(i)(1) Fed. R. Civ. P. The date of service upon the United States Government as evidenced by the attached Postal green cards is 08/17 2007. The cost of the mailing is $ 6.11

Certified mail # 7004 2510 0007 6079 3267

to:

Civil Process Clerk
Jeffery A Taylor
United States Attorney
District of Columbia
5808A Judiciary Center Building
555 Fourth Street,
NW Washington, DC 20001


I declare under penalty of perjury under the laws of the United States of America that I am not a party to the above entitled action and that the foregoing information contained in this affidavit of Service and Statement of Service Fees is true and correct.

_____        08/23/2007
Signature                                                              Date

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature]_  ☐ Agent  ☐ Addressee<br>B. Received by ( Printed Name)   C. Date of Delivery<br>AUG 1 7 2007 |
| 1. Article Addressed to:<br><br>United States Attorney District of Columbia<br>5808A Judiciary Center Building<br>555 Fourth Street, N.W.<br>Washington, D.C. 20001 | D. Is delivery address different from item 1?  ☐ Yes<br>   If YES, enter delivery address below:  ☐ No<br><br>3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered      ☐ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7004 2510 0007 6079 3267 |

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540