UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JONATHAN J. JAEGER,<br><br>   Plaintiff,<br><br>   v.<br><br>UNITED STATES GOVERNMENT,<br><br>   Defendant. | Civil Action No. 07-1409 (JDB) |

## ORDER

Defendant filed a motion to dismiss on October 16, 2007.  Plaintiff is representing himself in this matter.  In Fox v. Strickland, 837 F.2d 507 (D.C. Cir. 1988), the Court of Appeals held that a district court must take pains to advise pro se plaintiffs of the consequences of failing to respond to a dispositive motion.  "That notice . . . should include an explanation that the failure to respond . . . may result in the district court granting the motion and dismissing the case."  Id. at 509.

Accordingly, the Court wishes to advise plaintiff that he must respond to defendant's previously filed motion by not later than November 16, 2007.  If plaintiff does not respond, the Court may grant the motion as conceded and dismiss the complaint.

                                          /s/
                                    JOHN D. BATES
                              United States District Judge

Dated:   October 19, 2007