UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JONATHAN J. JAEGER,<br><br>　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES GOVERNMENT,<br><br>　　Defendant. | Civil Action No. 07-1409 (JDB) |

## ORDER

Upon consideration of [#5] defendant's motion to dismiss the complaint, and for the reasons stated in the memorandum opinion issued on this date, it is hereby

**ORDERED** that defendant's motion to dismiss is **GRANTED**.

　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　JOHN D. BATES
　　　　　　　　　　　　　United States District Judge

Date:　December 20, 2007